```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ANDREW RUSSELL WALDEN III,

                    Plaintiff,

                                      Civil Action No 1:23-cv-04891-MKV

v.

KILOLO KIJAKAZI,,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

                    Defendant.
---------------------------------------------------------------x

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND COSTS UNDER 28 U.S.C. § 1920

**IT IS HEREBY STIPULATED** by and between Padma Ghatage, Special Assistant United States Attorney, for Damian Williams, the United States Attorney for the Southern District of New York, attorneys for the defendant herein, and Daniel Berger, Esq., attorney for the Plaintiff, that the Commissioner of Social Security pay to the Plaintiff attorney fees in the amount of **$770** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

Dated: New York, New York
       November 16, 2023

                                              DAMIAN WILLIAMS
                                              United States Attorney

                          By:    */s/ Padma Ghatage*
                                 Padma Ghatage
                                 Special Assistant U.S. Attorney

                              Attorney for Defendant
                              c/o Office of Program Litigation – Office II
                              Office of the General Counsel
                              Social Security Administration
                              6401 Security Boulevard
                              Baltimore, MD 21235
                              (212) 264-0981
                              padma.ghatage@ssa.gov
                              *Attorneys for Defendant*

By:   /s/_____
         Daniel Berger
         Ny Disability, LLC.
         1000 Grand Concourse, Suite 1-A
         Bronx, NY 10451
         (718) 588-4715
         danielbergeresq@aol.com
         *Attorney for Plaintiff*

---

**DENIED without prejudice. Plaintiff's counsel did not sign the stipulation. The parties are hereby directed to file a revised stipulation on or before January 5, 2024 that is signed by Plaintiff's counsel. SO ORDERED.**

Date: 12/22/2023
New York, New York

Mary Kay Vyskocil
United States District Judge